UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR-145 |
| | ) |
| LYNN RICHARD NORTON | ) |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge Cynthia Richardson Wyrick dated February 18, 2021, [Doc. 330]. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's motion to suppress, [Doc. 255], be denied. Neither party has filed objections to the recommendation in the time allowed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Thus, after careful consideration and review of the record as a whole, the Court agrees with Magistrate Judge Wyrick's recommendation. The Court therefore ACCEPTS IN WHOLE the Report and Recommendation, [Doc. 330], under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into this Order, Defendant's motion to suppress, [Doc. 255], is DENIED.

So ordered.

ENTER:

                                                          s/J. RONNIE GREER
                                           UNITED STATES DISTRICT JUDGE

1