UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
)
)
)
v. )
) No. 2:19-CR-00145-7
)
LYNN RICHARD NORTON )
)

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant Lynn Richard Norton's Pro Se Motion for Correction and Reduction of Sentences and Convictions under 18 U.S.C. § 3582(c)(2) [Doc. 610]. In this motion, Mr. Norton presents several arguments in support of a sentence reduction under § 3582(c)(2). [Def. Mot., Doc. 610].

18 U.S.C. § 3582(c)(2) provides:

> In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(2).

However, Mr. Norton does not argue that his sentence was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." Instead, he makes numerous claims attacking the validity and constitutionality of his sentence, each of which he also brought in a § 2255 petition. *See* 2:24-CV-221-DCLC-CRW. Because a § 2255 petition is the correct vehicle for Mr. Norton's claims this his sentence is unconstitutional or invalid for various reasons, and he does not allege that his sentence was based on a sentencing range that was subsequently lowered by the sentencing commission, § 3582(c)(2) is not applicable here. Mr. Norton's claims will be addressed through his § 2255 petition.

Therefore, Mr. Norton's Pro Se Motion for Correction and Reduction of Sentences and Convictions under 18 U.S.C. § 3582(c)(2) [Doc. 610] is **DENIED**.

So ordered.
ENTER:

s/ J. RONNIE GREER
_____
UNITED STATES DISTRICT JUDGE

2